IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-cr-00066-D-1
No. 5:20-cv-00289-D

| | |
|---|---|
| RAYMOND DEMONT NEAL, | ) |
| Petitioner, | ) ) ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

This matter is before the Court on the parties' joint motion to set a briefing schedule on Petitioner's motion pursuant to 28 U.S.C. § 2255 seeking vacatur of his conviction under 18 U.S.C. § 922(g) based on *United States v. Rehaif*, 139 S. Ct. 2191 (2019). For the reasons set forth in the parties' joint motion, the motion is GRANTED. It is further ORDERED that:

(a) Counsel for Petitioner shall make every effort to file any withdrawal of Petitioner's *Rehaif*-based Section 2255 no later than September 13, 2021;

(b) Respondent's motion to dismiss and supporting memorandum shall be due by October 13 unless Petitioner's motion is withdrawn before then;

(c) Petitioner's response, if any, shall be due within twenty-one (21) days of the filing of Respondent's motion to dismiss;

1

(d)     Respondent's reply, if any, shall be due within fourteen (14) days after Petitioner's response.

SO ORDERED, this the _20_ day of _July_, 2021.

                                             JAMES C. DEVER, III
                                             United States District Judge